Arlene A. CRUZ, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

**No. 04–7013.**

United States Court of Appeals,
Federal Circuit.

Dec. 30, 2003.

*ORDER*

Upon consideration of Arlene A. Cruz's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.